[No. 7317–3–III.  Division Three.  December 4, 1986.]

TED POLLOCK, *Respondent,* v. SODA, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85–2–00878–1, Cameron K. Hopkins, J.,

entered August 7, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.